FEBRUARY 20, 1974

No. 73–660. NEFF *v.* MORAN. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.